IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY SCOTT LEDFORD,

    vs.                          No. Civ. S 00-0540 LKK PAN P

ANTHONY C. NEWLAND, Warden,

        Respondent.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 13, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

1

1   For the reasons set forth in the magistrate judge's March 21, 2005, findings and
2   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3   right.  Accordingly, a certificate of appealability should not issue in this action.
4         IT IS SO ORDERED.
5   DATED: August 22, 2005.

                /s/Lawrence K. Karlton
                UNITED STATES DISTRICT JUDGE

/ledf0540.830den